IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor M Caballero,<br><br>    Petitioner,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>    Respondents. | No. CV-16-00529-TUC-JGZ<br><br>**ORDER** |

Pending before the Court is Magistrate Judge Bruce Macdonald's Report and Recommendation (R&R) recommending that this Court deny Petitioner's 28 U.S.C. § 2254 Petition for a Writ of Habeas Corpus. (Doc. 22.) No objection to the R&R has been filed. Fed. R. Civ. P. 72 (b)(2) (granting a party 14 days to serve and file specific written objections to an R&R).

When reviewing a Magistrate Judge's Report and Recommendation, this Court "shall make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); *see also Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991) (*citing Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)). Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting de novo review of the Magistrate Judge's factual findings; the Court then may decide the dispositive motion on the applicable law. *Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979) (citing *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974)). Having reviewed the record in this case, the Court

will adopt Magistrate Judge Macdonald's recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Thomas v. Arn*, 474 U.S. 140, 149–54 (1985).

Petitioner must obtain a certificate of appealability (COA) before he may appeal this Court's judgment. *See* 28 U.S.C. §2253(c); Fed. R. App. P. 22(b)(1); Rule 11(a) of the Rules Governing Section 2254 Cases. "The district court must issue or deny a certification of appealability when it enters a final order adverse to the applicant." Rule 11(a) of the Rules Governing Section 2254 Cases. Pursuant to 28 U.S.C. § 2253(c)(2), a COA may issue only when the petitioner "has made a substantial showing of the denial of a constitutional right." The court must indicate which specific issues satisfy this showing. *See* 28 U.S.C. §2253(c)(3). With respect to claims rejected on the merits, a petitioner "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). For procedural rulings, a COA will issue only if reasonable jurists could debate whether the petition states a valid claim of the denial of a constitutional right and whether the court's procedural ruling was correct. *Id*. Upon review of the record in light of the standards for granting a certificate of appealability, the Court concludes that a certificate shall not issue, as the resolution of the petition is not debatable among reasonable jurists. Accordingly,

//
//
//
//
//
//
//
//
//
//
//

IT IS ORDERED that:

1. Magistrate Judge Macdonald's Report and Recommendation (Doc. 22) is ADOPTED;

2. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is DENIED;

3. The Clerk of Court shall enter judgment accordingly and close the file in this action.

Dated this 2nd day of July, 2019.

_____
Honorable Jennifer G. Zipps
United States District Judge